Wayne T. Evans
3262 N. Garey Ave. # 193
Pomona, Ca 91767
949-291-2461
wtevans61@yahoo.com
No Fax

FILED
2016 OCT 21  PM 3:53
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY_____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE Central DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

WAYNE T. EVANS

Plaintiff,

v.

TORRES CREDITS SERVICES, INC.

ET…AL, DOES 1-10, inclusive

Defendants.

ED CV16-02226 CAS (SPX)

Civil Action No.: 2226

COMPLAINT

DEMAND FOR JURY TRIAL

Plaintiff, Wayne T. Evans alleges as follows:

The Parties

1. At all times hereinafter mentioned, plaintiff is and was a resident of Pomona, California.

2. Defendant Torres Credits Services, Inc. is a corporation incorporated under the laws of New York Corporation and having a main office at 27 Fairview Street, Carlisle PA 17015-3112

3. Defendant Torres Credits Services, Inc., is not registered with the California Secretary of State as a New York Corporation doing business in California and has no designated a registered agent.

1

.

Jurisdiction

4. The Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681 et seq., the "Fair Credit Reporting Act (FCRA) and 15 U.S.C. §§ 1692-1692p, the "Fair Debt Collection Practices Act."

Defendant's Statutory Violations

5. The Defendant is reporting derogatory information about Plaintiff to one or more consumer reporting agencies (credit bureaus) as defined by 15 U.S.C. § 1681a.

6. Plaintiff has disputed the accuracy of the derogatory information reported by the Defendant to the Consumer Reporting Agency Experian on four separate occasions via certified mail. See attachments.

7. Defendant has not responded to Plaintiff's four letters of dispute by providing evidence of the alleged debt to Plaintiff nor to the Consumer Reporting Agency Experian.

8. Defendant has not provided notice of this disputed matter to the credit bureaus and is therefore in violation of 15 U.S.C. § 1681s-2 which requires this notice.

9. Defendant has failed to comply with 15 U.S.C. § 1692g in that it has not within five days of Plaintiff's initial communication (nor at any other time) sent Plaintiff written documentation of the amount of the debt, the name of the original creditor nor other information required by the Fair Credit Reporting Act.

10. Defendant has failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff within the 30-day period as required by 15 U.S.C. § 1681s-2.

11. Defendant has not notified Plaintiff of any determination that Plaintiff's dispute is frivolous within the five days required by 15 U.S.C. § 1681s-2, nor at any other time.

Prayer for Relief

12. WHEREFORE,

Plaintiff seeks a reasonable and fair judgment against the defendant for willful noncompliance with the Fair Credit Reporting Act and seeks his statutory remedies as defined by 15 U.S.C. § 1681n and demands:

$1,000 for actual damages

$50,000 in punitive damages

Permanent injunction against the Defendant from reporting derogatory information about Plaintiff to Consumer Reporting Agencies (credit bureaus)

Permanent injunction against Defendant for selling this alleged debt to any other party

Any further relief which the court may deem appropriate.

Respectfully Submitted,

Wayne T. Evans

Plaintiff, Pro Se

3262 N. Garey Ave. # 193

Pomona, California 91767

(949) 291-2461

email address
wevans61@yahoo.com

Dated: October 17, 2016

Wayne T. Evans
Pro Se

# PROOF OF SERVICE BY MAIL

I, Jeffrey Antes, declare as follows:

I am over eighteen (18) years of age and not a party to the within action. My business address is 1520 S. Highland Ave Apt B Fullerton, CA 92832. I served a copy of the attached **Complaint** to each of the following, by placing a true copy thereof in a sealed envelope with postage fully prepaid, in the United States mail at Fullerton, California, addressed as follows:

TORRES CREDITS SERVICES, INC.
DAVID J. BUCHER CHIEF EXECUTIVE OFFICER
27 FAIRVIEW ST
STE 301
CARLISLE, PENNSYLVANIA, 17015

Tel:
Fax:

Each said envelope was then, on October 17, 2016, sealed and deposited in the United States mail at Fullerton, California, in the County of Orange in which I am employed. I declare, under penalty of perjury of the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed this 17th day of October 2016 at Fullerton, California.

_____
Jeffrey Antes